IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CATHY A. MOONEY,
    Plaintiff,

v.                                                        3:11cv211/RV/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 13, 2012.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.	The Commissioner's decision is REVERSED and the matter is REMANDED for further proceedings consistent with the magistrate judge's report and recommendation.

3.	The court reserves jurisdiction to award attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DONE AND ORDERED this 16th day of March, 2012.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE